ELLEN PETERSON, Appellant, *v.* FORDHAM CORNICE WORKS, INC., Respondent.

(Submitted October 21, 1929; decided October 22, 1929.)

*Samuel Robert Weltz* for motion.
*William A. Schacht* opposed.

Motion to dismiss appeal from order affirming order granting new trial denied, and stay vacated. Motion to dismiss appeal from order affirming order denying motion to dispense with printing papers on appeal to the Appellate Division granted.